# U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT AKRON

## WITHDRAWAL PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

| | |
|---|---|
| **IN RE:** BROWN, JEFFERY & SHERRY L<br>3573 OLD HICKORY LN<br>MEDINA, OH 44256<br>**AKA/DBA**- JEFFREY A BROWN | **Case No.:** 11-54232<br>**Chapter:** 07<br>**Claim Date:** 7/11/2012 |

**The State of Ohio Department of Taxation hereby withdraws its claim in the amount of $10,824.55 in the above-captioned proceedings. Said claim was filed in error and is therefore WITHDRAWN.**

/s/Rebecca L Daum
#0046728
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH 43216-0530

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca_daum@tax.state.oh.us